# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WESLEY RICKS

NO. 2024 KW 0103

**APRIL 4, 2024**

---

In Re:  Wesley Ricks, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23569.

---

**BEFORE:  WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT APPLICATION DISMISSED.**  The writ application is dismissed at relator's request.

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT